JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE TO, | Case No.: CV 10-5421DSF (RZx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| VINA, TAN TAI FASHION, UNIVERSAL BOOK STORE, SOVINA, TIEN MANH NGUYEN, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff, having failed to prosecute her case against Sovina and having moved for default judgment against Vina and Universal Book Store,

IT IS ORDERED AND ADJUDGED that Sovina be dismissed without prejudice and that default judgment be entered against Vina for $5,600 in statutory damages and $760 in attorney's fees and separately against Universal Book Store for $5,600 in statutory damages and $760 in attorney's fees. Vina and Universal Book Store are not jointly liable for statutory damages or attorney's fees. Vina and Universal Bookstore are jointly and severally liable for costs as taxed by the Clerk pursuant to 28 U.S.C. § 1920.

IT IS FURTHER ORDERED that Defendants Vina and Universal Book Store, their directors, officers, agents, employees, and all other persons in active concert or participation with them, be enjoined from infringing Plaintiff's trademark and are ordered to destroy or give to Plaintiff any audiovisual disks and packaging in their possession bearing Plaintiff's trademark.

Dated: 2/14/12

_____
Dale S. Fischer
United States District Judge